RECEIVED IN PRO SE OFFICE

MAR 24 2022

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 24 2022 ★

LONG ISLAND OFFICE

RECEIVED

2022 MAR 24 PH 3: 07

U.S. COURT OF APPEALS

John Haddock
MARCH 21 2022

CAtHERiNE OHAGAN Wolfe
Clerk of Court               CASE Docket Number
40, Foley Square             19-CV-3227; 21-CV-2923
New York City N.Y. 10007     KAM. CLP

## Complaint For Appeal Application

Date May 2021 John Haddock currently incarcer-
INCARCERATED At the Nassua County Jail filed this
Pro Se Appeal Action pursuant to Civil lawsuit 42 U.S.C
1983 complaint in Eastern District court Brooklyn New
York. December 15 2021 Eastern District Court issue
proceeding granted defendant 30 days Order Appear
file Amendment complaint. Defendant have NO Attorney
to file NO Appeal Amendment complaint time EXpire.
Defen

1. Conflict of Interest: Violation of Professional
Conduct Rule(9) Eastern District court denied defendant
Attorney represent case upon time Expire.

2. Conflict of Interest: Defendant constitutional Civil law
right violation Sixth Amendment of the of United State
Constitutional guaraut in digest of the right effective
Attorney. Cort said Amendment in base on granting
defendant fair trial. Please Rast defendant Appeal
Application.

                    God Blessed You
                    THANk You
                              John Haddock

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 0 4 2022 ★

LONG ISLAND OFFICE

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA A. LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: March 28, 2022
Short Title: Haddock v. Nassau County Court et al.

DC Court: 21-cv-2923 EDNY

## NOTICE OF UNDER FRAP 4(d) OF TRANSFERRED NOTICE OF APPEAL

The attached Pro se Notice of Appeal was first received in our court on March 24, 2022 (via e-mail) and mistakenly sent to the U.S. Court of Appeals for the Second Circuit under FRAP 4(d).

The date the notice was received has been stamped and it is now transmitted for filing with the district court. If a timely notice has been filed already, refilling is not necessary.

Inquiries regarding this case may be directed to 212-857-8500.

cc: EDNY CINY
John Haddock

NAME **JOHN HANDOCK**
C.C.# _762A00645_
LOCATION _ET-C-014_
**100 CARMAN AVENUE**
**EAST MEADOW, NY 11554-1146**

MID-1

22 MAR

USMAID
SDNY

CAttERiNE O'HAGAN i
Clerk of Court
40, Foley Square
THurgood MARShall Cou
New York City, New York
10007-150299


Barn Swallow

FOREVER
USA





FSC
MIX
Envelope
FSC® C137131

United States District Court

Eastern District of New York

Long Island Courthouse

100 Federal Plaza

Central Islip, N.Y. 11722

Attn: Appeals